UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DAVID S. LOGAN<br>Defendant, | CRIMINAL NO. 02-62 MJD ✓ |
| and | **STIPULATION REGARDING RESTITUTION** |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MICHAEL MORGAN,<br>Defendant. | CRIMINAL NO. 02-77 MJD |

It is hereby stipulated and agreed, by the parties, through their counsel, as follows:

1. On July 8, 2002, the Court ordered that defendant Michael R. Morgan pay restitution in the amount of $100,000 to victim Nelson's Minnesota Farms as part of his sentence in United States v. Michael R. Morgan, Criminal No. 02-77 (MJD).

2. On July 12, 2002, the Court ordered that defendant David S. Logan pay restitution in the amount of $100,000 to victim Nelson's Minnesota Farms as part of his sentence in United States v. David S. Logan, Criminal No. 02-62 MJD.

3. Defendant David S. Logan has now paid $200,000

SCANNED
MAY 16 2006
U.S. DISTRICT COURT ST. PAUL

to victim Nelson's Minnesota Farms in connection with a state court judgment entitled Nelson's Minnesota Farms v. David S. Logan and Michael R. Morgan, Court File No. C4-01-381, all restitution claims made by Nelson's Minnesota Farms as ordered in the above-entitled cases. Nelson's Minnesota Farms has assigned its rights to recover restitution from Michael R. Morgan to David S. Logan.

4. Nelson's Minnesota Farms makes no further claims for restitution in the above-entitled cases.

Dated:

Daniel C. Mott
Attorney ID No. 177210
200 South 6th Street
Suite 4000
Minneapolis, Minnesota 55402
(612) 492-7000
Attorney for David Logan

Dated: 3-24-06

Paul M. Malone
Attorney ID No. 66941
~~2605 Broadway Avenue~~
P.O. Box 256
Slayton, Minnesota 56172
(507) 836-8581
Attorney for Nelson's Minnesota Farms

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DAVID S. LOGAN<br>Defendant, | CRIMINAL NO. 02-62 MJD |
| and | **STIPULATION REGARDING RESTITUTION** |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MICHAEL MORGAN,<br>Defendant. | CRIMINAL NO. 02-77 MJD |

It is hereby stipulated and agreed, by the parties, through their counsel, as follows:

1. On July 8, 2002, the Court ordered that defendant Michael R. Morgan pay restitution in the amount of $100,000 to victim Nelson's Minnesota Farms as part of his sentence in United States v. Michael R. Morgan, Criminal No. 02-77 (MJD).

2. On July 12, 2002, the Court ordered that defendant David S. Logan pay restitution in the amount of $100,000 to victim Nelson's Minnesota Farms as part of his sentence in United States v. David S. Logan, Criminal No. 02-62 MJD.

3. Defendant David S. Logan has now paid $200,000

to victim Nelson's Minnesota Farms in connection with a state court judgment entitled Nelson's Minnesota Farms v. David S. Logan and Michael R. Morgan, Court File No. C4-01-381, all restitution claims made by Nelson's Minnesota Farms as ordered in the above-entitled cases. Nelson's Minnesota Farms has assigned its rights to recover restitution from Michael R. Morgan to David S. Logan.

4. Nelson's Minnesota Farms makes no further claims for restitution in the above-entitled cases.

Dated:

Daniel C. Mott
Attorney ID No. 177210
200 South 6th Street
Suite 4000
Minneapolis, Minnesota 55402
(612) 492-7000
Attorney for David Logan

Dated:

Paul M. Malone
Attorney ID No. 66941
2605 Broadway Avenue
P.O. Box 256
Slayton, Minnesota 56172
(507) 836-8581
Attorney for Nelson's
Minnesota Farms