UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. DAVID S. LOGAN Defendant, | ) | CRIMINAL NO. 02-62 MJD ✓ |
| and | ) | **ORDER** |
| UNITED STATES OF AMERICA, Plaintiff, v. MICHAEL MORGAN, Defendant. | ) | CRIMINAL NO. 02-77 MJD |

Based on the Stipulations of counsel and upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the criminal monetary judgments in the above-entitled matters are deemed paid in full.

Dated: May 12, 2006

Michael J. Davis
United States District Court Judge

SCANNED
MAY 16 2006
U.S. DISTRICT COURT ST. PAUL